■ The People of the State of New York, Respondent, v William F. Hunter, Appellant. [722 NYS2d 444] —Judgment unanimously affirmed. Memorandum: Although defendant's factual recitation during the plea allocution raised the possibility of the defense of intoxication, County Court conducted the requisite further inquiry with respect to that possible defense (*see, People v Lopez,* 71 NY2d 662, 666). We conclude that the plea was voluntarily, knowingly, and intelligently entered (*see, People v Harrell,* 278 AD2d 852). (Appeal from Judgment of Livingston County Court, Alonzo, J.—Burglary, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Hayes, Scudder and Lawton, JJ.